Dismissed and Memorandum Opinion filed May 20, 2004









Dismissed and Memorandum Opinion filed May 20, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00289-CV

____________

 

ELSIE GILFOND,
Appellant

 

V.

 

NEBO BANDOVIC,
Appellee

 



 

On Appeal from the
152nd District Court

Harris County, Texas

Trial Court Cause
No. 03-23212

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 11,
2003.  On May 12, 2004, appellant filed a
motion to dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 20, 2004.

Panel consists of Chief Justice
Hedges and Justices Frost and Guzman.